# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBERT ANDREW RAMSEY,

          Plaintiff,

v.

ELKO COUNTY SHERIFF'S DEPT., et al.,

          Defendants.

3:19-cv-00279-MMD-CLB

**ORDER**

## I. DISCUSSION

According to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff is no longer at the address listed with the court and Plaintiff has not filed an updated address with this court. The court notes that pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address ... Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1. This court grants Plaintiff forty-five (45) days from the date of entry of this order to file his updated address with this court. If Plaintiff does not update the court with his current address within forty-five (45) days from the date of entry of this order, the court will issue a Report and Recommendation to dismiss this action without prejudice.

Additionally, on November 1, 2019, Plaintiff submitted an *in forma pauperis* ("IFP") application with the court (ECF No. 6). A review of the application shows Plaintiff may have the ability to pay the full filing fee. Plaintiff shall have forty-five (45) days to either resubmit an updated IFP application, with an updated financial certificate, or pay the full filing fee. If Plaintiff fails to comply with this order, the court will issue a Report and Recommendation to dismiss this action without prejudice.

//

//

## II. CONCLUSION

For the foregoing reasons, **IT IS ORDERED** that Plaintiff shall file his updated address with the court within **forty-five (45) days** from the date of this order;

**IT IS FURTHER ORDERED** that Plaintiff shall have **forty-five (45) days** to either resubmit an updated IFP application, with an updated financial certificate, or pay the full filing fee;

**IT IS FURTHER ORDERED** that the Clerk shall **SEND** Plaintiff an *in forma pauperis* application for prisoners to Plaintiff at Ely State Prison; and

**IT IS FURTHER ORDERED** that, if Plaintiff fails to timely comply with this order, the court will issue a Report and Recommendation to dismiss this action without prejudice.

**DATED:** February 18, 2020.

_____
**UNITED STATES MAGISTRATE JUDGE**